## EXHIBIT A

### Bank Accounts

| Bank | Purpose | Last 4 Digit of Acct. No. |
|---|---|---|
| Bank of America | Operating Account | 6233 |
| Bank of America | General Account | 3349 |
| UMB Bank, N.A. | Trust Account | 101.1 |
| UMB Bank, N.A. | Trust Account | 101.2 |
| UMB Bank, N.A. | Trust Account | 101.3 |
| UMB Bank, N.A. | Trust Account | 101.4 |
| UMB Bank, N.A. | Trust Account | 101.5 |
| UMB Bank, N.A. | Trust Account | 101.6 |
| UMB Bank, N.A. | Trust Account | 101.7 |
| UMB Bank, N.A. | Trust Account | 101.8 |