**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| BEECH INTERNATIONAL, LLC[1] | : | Case No. 24-14406 (AMC) |
| | : | |
| | : | |
| Debtor | : | |

**ORDER GRANTING, IN PART, AND CONTINUING THE HEARING ON THE DEBTOR'S MOTION FOR EXTENSION OF TIME UNDER 11 U.S.C. § 362(d)(3)**

Upon the Motion (the "Motion") of Beech International, LLC (the "Debtor"), the Debtor and debtor-in-possession in the above captioned case, for entry of an Order extending the date under 11 U.S.C. § 362(d)(3) upon which the automatic stay terminates (the "362(d)(3) Expiration Date") through July 10, 2025; and the Court having considered the Motion and it appearing that the Court has jurisdiction over this matter; and it appearing that service of the Motion as set forth therein is sufficient under the circumstances, and that no other or further service need be provided; and a hearing having been held on March 4, 2025 (the "Initial Hearing"); and the Court having determined that cause exists to extend the 362(d)(3) Expiration Date to August 7, 2025; and upon all of the proceedings had before the Court; and after due deliberation and for good and sufficient cause appearing therefore,

It is hereby ORDERED that:

1. The Motion is hereby GRANTED, in part, and the hearing on the Motion is continued, each as provided for herein.

2. The 362(d)(3) Expiration Date is hereby extended to August 7, 2025

3. A continued hearing on the Motion shall be held on August 6, 2025, at 12:30 p.m. (the "Continued Hearing").

---

[1] The last four digits of the Debtor's tax identification number are 7019.

      4.      UMB Bank N.A.'s consent to the extended 362(d)(3) Expiration Date is specifically conditioned upon the following: should the sale of substantially all of the Debtor's tangible property, including the Facility (as defined in the Motion) to JNA Capital, Inc., or its designee (the "Sale") not close on or before August 1, 2025 in accordance with the terms of the Escrow Agreement, Purchase Agreement and Settlement Agreement (collectively, as amended, the "Agreements") the additional $40,000 payment (the "Payment") made by the Buyer to the Escrow Agent on July 1, 2025 in accordance with such Agreements, shall be immediately payable to UMB without the need for further relief or order from this Court. To the extent required, this Court hereby grants relief from the automatic stay pursuant to Section 362(d)(1) and (3), to allow for the transmission of the Payment by the Escrow Agent in accordance with the Agreements.

      5.      As the date and time of the Continued Hearing was announced on the record at the Initial Hearing, no further notice of the Continued Hearing need be provided.

BY THE COURT

Dated: July 8, 2025

_____
ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

07/02/2025 SL1 3670446v1 120136.00001